GEORGE T. COE and others, appellants,

and.

THE NEW JERSEY MIDLAND RAILWAY COMPANY, respondents.

On appeal from a decree of the chancellor, reported *supra* p. 100.

*Mr. J. G. Shipman*, for appellants.

*Mr. B. Williamson*, for respondents.

THE CHIEF JUSTICE.

The construction which the chancellor has put upon the contract involved in this controversy, appears to me to be plainly correct, and I agree likewise in the view expressed by him in his opinion as to the legal status of these parties in all other respects.

I shall, therefore, vote to affirm this decree.

Decree unanimously affirmed.